| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____   Chapter   **7** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Starlight Medical, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-4432369** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**208 White Horse Pike - Suite 14**<br>**Barrington, NJ 08007**<br>Number, Street, City, State & ZIP Code<br><br>**Camden**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**6650 Browning Road Merchantville, NJ 08109**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Starlight Medical, LLC**     Case number (*if known*) _____
   Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __61__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Starlight Medical, LLC** _____ Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Starlight Medical, LLC**
Name                                                                            Case number (*if known*)

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Starlight Medical, LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 3, 2023**
MM / DD / YYYY

X **/s/ Adrienne Thomas**     **Adrienne Thomas**
Signature of authorized representative of debtor     Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Charles M. Izzo**     Date **October 3, 2023**
Signature of attorney for debtor     MM / DD / YYYY

**Charles M. Izzo**
Printed name

**Law Office of Charles M. Izzo**
Firm name

**116 North 2nd Street**
**Suite 204**
**Camden, NJ 08102**
Number, Street, City, State & ZIP Code

Contact phone **856-757-0550**     Email address **cminj2001@yahoo.com**

**4691 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Starlight Medical, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 3, 2023**       X **/s/ Adrienne Thomas**
                                          Signature of individual signing on behalf of debtor

                                          **Adrienne Thomas**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Starlight Medical, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Alolergy and Applicator Depot**<br>**c/o Snellings law**<br>**201 Rourte 46 Waterview Plaza**<br>**Parsippany, NJ 07054**<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **3318** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **account**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Browning Holdings**<br>**6650 Bro0wning Road**<br>**Merchantville, NJ 08109**<br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number **1822** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **rent**<br>Is the claim subject to offset? ■ No ☐ Yes | **$51,495.52** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**BVW Associates**<br>**322 East 23rd Street**<br>**Chester, PA 19013**<br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number **3923** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **rent**<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,401.01** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Cinta**<br>**p.o. Box 630803**<br>**Cincinnati, OH 45263**<br>Date(s) debt was incurred ___<br>Last 4 digits of account number **9319** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **servicew**<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |

| Debtor | **Starlight Medical, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** **Nonpriority creditor's name and mailing address**
**Consumer Relations**
**P.O. Box 58399**
**Minneapolis, MN 55458**

Date(s) debt was incurred **2022**
Last 4 digits of account number **4902**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **co9llection Agency**

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

**3.6** **Nonpriority creditor's name and mailing address**
**First Premier Bank**
**601 S. Minnesota Avenue**
**Sioux Falls, SD 57104**

Date(s) debt was incurred **2021**
Last 4 digits of account number **0428**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Crerdit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$1,207.23**

---

**3.7** **Nonpriority creditor's name and mailing address**
**Franklin Mint Credit Union**
**3200 Chestnut Street**
**Philadelphia, PA 19104**

Date(s) debt was incurred _
Last 4 digits of account number **1187**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,200.00**

---

**3.8** **Nonpriority creditor's name and mailing address**
**GE Healthcare Partners**
**419 South 2nd Street**
**Philadelphia, PA 19147**

Date(s) debt was incurred **2023**
Last 4 digits of account number **2938**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$52,000.00**

---

**3.9** **Nonpriority creditor's name and mailing address**
**Mariner Finance**
**c/o Randolph Walzer**
**2042 W#est County LIne Rd - Unite 8**
**Jackson, NJ 08527**

Date(s) debt was incurred **2023**
Last 4 digits of account number **4623**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **loan**

Is the claim subject to offset? ■ No ☐ Yes

**$3,096.39**

---

**3.10** **Nonpriority creditor's name and mailing address**
**McKenzie Capital**
**3390 Mary Street**
**Miami, FL 33133**

Date(s) debt was incurred **2022**
Last 4 digits of account number **starlight**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **capital financing**

Is the claim subject to offset? ■ No ☐ Yes

**$73,914.00**

---

**3.11** **Nonpriority creditor's name and mailing address**
**PRO-qUEST**
**789 East Eisenhower parkway**
**Ann Arbor, `M 48106**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Books**

Is the claim subject to offset? ■ No ☐ Yes

**$63,925.48**

---

| Debtor | **Starlight Medical, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** <br> **Quill.com** <br> **P.O. Box 37600** <br> **Philadelphia, PA 19101** <br> Date(s) debt was incurred **2021** <br> Last 4 digits of account number **4485** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **SUPPLIESA** <br> Is the claim subject to offset? ■ No ☐ Yes | $437.82 |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** <br> **Richard Beniken** <br> **c/ John Wilson** <br> **701 Grant Avenue - Ste A** <br> **`Collingswood, NJ 08107** <br> Date(s) debt was incurred **2020** <br> Last 4 digits of account number **8220** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | $46,000.00 |
| 3.14 | **Nonpriority creditor's name and mailing address** <br> **Sanjiya Codman** <br> **739 Mustang Canyon Street** <br> **Las Vegas, NV 89113** <br> Date(s) debt was incurred **2023** <br> Last 4 digits of account number **7623** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | $3,742.00 |
| 3.15 | **Nonpriority creditor's name and mailing address** <br> **Timer Payment** <br> **P.O. Box 847237** <br> **Boston, MA 02284** <br> Date(s) debt was incurred **2021** <br> Last 4 digits of account number **4905** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **equipment** <br> Is the claim subject to offset? ■ No ☐ Yes | $2,536.57 |
| 3.16 | **Nonpriority creditor's name and mailing address** <br> **Walter Klower** <br> **P.O. Box 1610** <br> **Hagerstown, MD 21741** <br> Date(s) debt was incurred **2022** <br> Last 4 digits of account number **1466** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **Publisher** <br> Is the claim subject to offset? ■ No ☐ Yes | $43,642.00 |
| 3.17 | **Nonpriority creditor's name and mailing address** <br> **WB Mason** <br> **116 North 2nd Street** <br> **Camden, NJ 08102** <br> Date(s) debt was incurred **2018** <br> Last 4 digits of account number **1818** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **supplies** <br> Is the claim subject to offset? ■ No ☐ Yes | $15,450.60 |
| 3.18 | **Nonpriority creditor's name and mailing address** <br> **Zen Payrool, Inc. a.k.a. Gusto** <br> **500 3rd Street - Ste 405** <br> **San Francisco, CA 94107** <br> Date(s) debt was incurred **2021** <br> Last 4 digits of account number **starlight** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Basis for the claim:** **services** <br> Is the claim subject to offset? ■ No ☐ Yes | $43,147.84 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor  **Starlight Medical, LLC**　　　　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cohen Marraccini**<br>**660 2nd Street Pike**<br>**Southampton, PA 18966** | Line **3.2**<br><br>☐ Not listed. Explain ____ | **1822** |
| 4.2 | **Eric Garrabrant, Attorney**<br>**100 West 1st Street**<br>**Wildwood, NJ 08260** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **R.J.S. Properties**<br>**3901B Main Street- Ste 302**<br>**Philadelphia, PA 19127** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 450,196.46 |
| **5c. Total of Parts 1 and 2**<br>　　Lines 5a + 5b = 5c. | 5c.  $ | 450,196.46 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**District of New Jersey**

In re **Starlight Medical, LLC**                                                                 Case No.
                                              Debtor(s)                                          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **1,200.00** |
   | Prior to the filing of this statement I have received | $ **1,200.00** |
   | Balance Due | $ **0.00** |

2. $ **313.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 3, 2023** | **/s/ Charles M. Izzo** |
| *Date* | **Charles M. Izzo** |
| | *Signature of Attorney* |
| | **Law Office of Charles M. Izzo** |
| | **116 North 2nd Street** |
| | **Suite 204** |
| | **Camden, NJ 08102** |
| | **856-757-0550  Fax: 856-757-9071** |
| | **cminj2001@yahoo.com** |
| | *Name of law firm* |

```
Alolergy and Applicator Depot
c/o Snellings law
201 Rourte 46 Waterview Plaza
Parsippany, NJ 07054


Browning Holdings
6650 Bro0wning Road
Merchantville, NJ 08109


BVM Associates LP
322 East 23rd Street - Apt. A-1
Chester, PA 19013


BVW Associates
322 East 23rd Street
Chester, PA 19013


Cinta
p.o. Box 630803
Cincinnati, OH 45263


Cohen Marraccini
660 2nd Street Pike
Southampton, PA 18966


Consumer Relations
P.O. Box 58399
Minneapolis, MN 55458


Eric Garrabrant, Attorney
100 West 1st Street
Wildwood, NJ 08260


First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104


Franklin Mint Credit Union
3200 Chestnut Street
Philadelphia, PA 19104


GE Healthcare Partners
419 South 2nd Street
Philadelphia, PA 19147
```

```
Mariner Finance
c/o Randolph Walzer
2042 W#est County LIne Rd - Unite 8
Jackson, NJ 08527


McKenzie Capital
3390 Mary Street
Miami, FL 33133


PRO-qUEST
789 East Eisenhower parkway
Ann Arbor, `M 48106


Quill.com
P.O. Box 37600
Philadelphia, PA 19101


R.J.S. Properties
3901B Main  Street- Ste 302
Philadelphia, PA 19127


Richard Beniken
c/ John Wilson
701 Grant Avenue - Ste A
`Collingswood, NJ 08107


Sanjiya Codman
739 Mustang Canyon Street
Las Vegas, NV 89113


Timer Payment
P.O. Box 847237
Boston, MA 02284


Walter Klower
P.O. Box 1610
Hagerstown, MD 21741


WB Mason
116 North 2nd Street
Camden, NJ 08102


Zen Payrool, Inc. a.k.a. Gusto
500 3rd Street - Ste 405
San Francisco, CA 94107
```

# United States Bankruptcy Court
### District of New Jersey

In re **Starlight Medical, LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Starlight Medical, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 3, 2023**
Date

**/s/ Charles M. Izzo**
**Charles M. Izzo**
Signature of Attorney or Litigant
Counsel for **Starlight Medical, LLC**
**Law Office of Charles M. Izzo**
**116 North 2nd Street**
**Suite 204**
**Camden, NJ 08102**
**856-757-0550 Fax:856-757-9071**
**cminj2001@yahoo.com**